DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:    (415) 554-3933
Facsimile:    (415) 554-4248
E-Mail:       lawrence.hecimovich@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

MARY SHEA HAGEBOLS, State Bar #113222
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Telephone:    (510) 208-4422
Facsimile:    (415) 520-9407
E-Mail:       shealaw@aol.com

Attorneys for Plaintiffs
JANE DOE AND ANNE RASKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE and ANNE RASKIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JANICE MADSEN, an individual; KIM DOUGHERTY, an individual; AUDREY HILLMAN, an individual; HEATHER GRIVES, an individual; and DOES 1-10,<br><br>    Defendant(s). | Case No. C 10-04700 TEH<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>FRCP 12(a)(1)(A); N.D. L.R. 6-1(a)<br><br>Action Filed:    October 14, 2010<br>Trial Date:      None set |

1     **WHEREAS**, Plaintiffs have served their Complaint on the City but wish to serve their complaint on the remaining Defendants through waiver and acknowledgement of service of summons through the office of the city attorney;

    **WHEREAS**, counsel for the City requires additional time to attempt to obtain the individual defendants' consent to waiver and acknowledgement of service and summons; and

    **WHEREAS,** it would serve the interests of efficiency and judicial economy for all Defendants to respond to the Complaint simultaneously;

    **THEREFORE,** the parties stipulate that the City's time to respond to the Complaint shall be extended to February 1, 2011. This extension shall not affect other dates on the court's calendar in this matter.

Dated: January 6, 2011

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LAWRENCE HECIMOVICH
Deputy City Attorney

By: /s/Lawrence Hecimovich
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: January 6, 2011

MARY SHEA HAGEBOLS
SHEA LAW OFFICES

By: /s/Mary Shea Hagebols
Attorneys for Plaintiffs
JANE DOE AND ANNE RASKIN



IT IS SO ORDERED
1/7/2011
Judge Thelton E. Henderson