UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. C-10-04700-TEH  (DMR) |
| Plaintiff(s), | **ORDER RE DISCOVERY LETTER [DOCKET NO. 31]** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant(s). | |

The court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 31.] The parties failed to include any legal argument. By September 2, 2011, the parties shall submit a joint letter setting forth their legal arguments on the dispute. The joint letter shall not exceed five pages, single spaced. In addition, by September 2, 2011, Plaintiffs shall lodge, and not file, a full set of the emails at issue in this matter for *in camera* review. Plaintiffs shall also serve a set on Defendants.

IT IS SO ORDERED.

Dated: August 29, 2011



DONNA M. RYU
United States Magistrate Judge