Mary Shea Hagebols (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: 510-208-4422
Fax: 415-520-9407
shealaw@aol.com

Attorneys for Plaintiffs
JANE DOE and ANNE RASKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-Oakland/San Francisco-

| | |
|---|---|
| JANE DOE and ANNE RASKIN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JANICE MADSEN, an individual; KYM DOUGHERTY, an individual; AUDREY HILLMAN, an individual; HEATHER GRIVES, an individual, and DOES 1-10.<br><br>Defendants. | Civil Action No. C 10-4700 TEH<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR AN ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT<br><br>AS MODIFIED BY THE COURT<br><br>Judge:       Thelton E. Henderson<br>              Dept 12, 19th Floor<br>              450 Golden Gate Ave<br>              San Francisco, CA<br><br>**Trial Date: January 10, 2012** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR AN ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT

No. C 10-4700 TEH
- 1

**ORDER**

Plaintiffs' Ex Parte Application for and Order Granting Extension of Time to File Opposition to Defendants' Motions for Summary Judgment or in the Alternative Summary Adjudication pursuant FRCivP Rule 6(b) was presented Honorable Thelton Henderson San Francisco Courthouse, Courtroom 12 - 19th Floor 450 Golden Gate Avenue, San Francisco, CA 94102, United States District Court, Northern District of California, San Francisco.

After considering Plaintiff's Ex Parte application, and for "good cause" shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Plaintiffs Ex Parte Application for an Extension of Time to File Opposition to Defendants Motions for Summary Judgment or, in the Alternative, Partial Summary Judgment is hereby : **GRANTED**.

The new deadline for Plaintiffs' opposition to November 4, 2011.

Defendants' reply is now due on November 11, 2011.

The Motion for Summary Judgment and Motion to Amend Complaint are rescheduled for Monday, November 28, 2011, at 10:00 a.m.

**IT IS SO ORDERED:**

Dated: 10/31/2011



[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR AN ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT

No. C 10-4700 TEH
- 2