Mary Shea Hagebols, Esq., STATE BAR #113222
Shea Law Offices
1814 Franklin St., Suite 800
Oakland, CA  94612
Telephone : (510) 208-4422
Facsimile:  (510) 520-9407

Attorneys for Plaintiffs

DENNIS J. HERRERA, STATE BAR #139669
City Attorney
ELIZABETH SALVESON, STATE BAR #83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, STATE BAR #129688
Deputy City Attorney
Office of the City Attorney
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3933
Facsimile:     (415) 554-4248

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JANE DOE and ANNE RASKIN, <br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JANICE MADSEN, an individual; KIM DOUGHERTY, an individual; AUDREY HILLMAN an individual; HEATHER GRIVES, an individual; and DOES 1-10,<br><br>Defendants. | Case No. C 10-04700 TEH<br><br>**STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT AURDREY HILLMAN** |
|---|---|

**STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT AUDREY HILLMAN**

- 1 -

TO THE HONORABLE THELTON E. HENDERSON AND TO ALL PARTEIS IN THIS ACTION AND TO THEIR ATTORNEYS OF RECORD HEREIN:

    IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES TO THIS ACTION THAT Defendant Audrey Hillman may be dismissed with prejudice as to all claims for relief and causes of action direct at the Defendant Hillman, individually, and that each side shall bear their own fees as costs as to the individual claims and defenses pertaining to Defendant Hillman.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD,

Dated: July 21, 2011
          Respectfully submitted,

          DENNIS J. HERRERA
          City Attorney
          ELIZABETH S. SALVESON
          Chief Labor Attorney
          LAWRENCE HECIMOVICH
          Deputy City Attorneys

          By:___/s/_____
          LAWRENCE HECIMOVICH
          Attorneys for Defendants


          SHEA LAW OFFICES

Dated: July 21, 2011
          By:___/s/_____
          MARY SHEA HAGEBOLS, Esq.
          Shea Law Offices
          Attorney for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:___11/22/2011_____        _____
                                                THE HONORABLE
                                                United States District Judge