DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:    (415) 554-3933
Facsimile:    (415) 554-4248
E-Mail:       lawrence.hecimovich@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JANICE MADSEN, KIM DOUGHERTY,
AUDREY HILLMAN and HEATHER GRIVES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE and ANNE RASKIN,<br><br>     Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JANICE MADSEN, an individual; KIM DOUGHERTY, an individual; AUDREY HILLMAN, an individual; HEATHER GRIVES, an individual; and DOES 1-10,.<br><br>     Defendant(s). | Case No. C 10-04700 TEH<br><br>**ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [~~PROPOSED~~] ORDER**<br><br>Trial Date:   January 10, 2012<br>Judge:        Hon. Thelton E. Henderson |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City and County of San Francisco, et al., seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;
2. Projector (with stand);
3. Oversized Projector Screen;
4. Extension cords; and
5. Additional monitors

Dated: December 15, 2011

        DENNIS J. HERRERA
        City Attorney
        ELIZABETH SALVESON
        Chief Labor Attorney
        LAWRENCE HECIMOVICH
        Deputy City Attorney

        By: _____
        LAWRENCE HECIMOVICH

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The court orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Projector (with stand);
3. Oversized Projector Screen;
4. Extension cords; and
5. Additional monitors

IT IS SO ORDERED.

Dated: 12/19/2011 _____



HON. THELTON E. HENDERSON
United States District Judge

REQUEST & [PROPOSED] ORDER ALLOWING            3            n:\labor\li2010\110646\00744278.doc
EQUIPMENT THROUGH SECURITY
*Raskin, Anne* v. CCSF, USDC # C 10-04700 TEH