IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE and ANNE RASKIN,

            Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

            Defendants.

NO. C10-04700 TEH

<u>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED</u>

       On December 19th, 2011, there was a pretrial conference held in this case. At the pretrial conference, the parties were ordered by this Court to meet and confer on the matter of jury instructions, and proposed verdict forms. The parties were further ordered to either agree upon verdict forms, or, in the event they could not agree, to submit competing versions to the Court for consideration. These filings were to be submitted by Friday, December 23, 2011.

       On December 23rd, Plaintiffs submitted no fewer than fourteen proposed verdict forms. Defendants submitted nothing.

       It was not until January 3, 2012 that Defendants made a filing related to verdict forms. This filing was not actually a proposed verdict form, but a list of objections to the numerous forms submitted by plaintiffs.

       The failure to make any filing at all prior to January 3, 2011, and to file a cursory and noncompliant document on January 3, 2012, a full ten days after the filings were due, is a significant failure. Counsel was given a direct order by this Court, and did not follow that order whatsoever.

       Accordingly, the Court hereby orders Larry Hecimovich, counsel for Defendants, to show cause why sanctions should not be imposed. This matter will be heard on January

1  10th, 2012, at 10:00 AM in Courtroom 3, 17th Floor, San Francisco U.S. District Court at
2  450 Golden Gate Avenue, concurrent with the hearing presently set for the parties' motions
3  *in limine*.

**IT IS SO ORDERED.**

Dated: 1/4/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT