IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE and ANNE RASKIN,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

NO. C10-04700 TEH

ORDER ON PLAINTIFFS' MOTION IN LIMINE NUMBER ONE

  This motion came before the Court on January 10, 2012, on Plaintiffs' motion *in limine* number one, a motion to exclude the content of Jane Doe's emails from admission into evidence at trial. The Court finds that the content of the emails is more prejudicial than it is probative of any relevant issue in the case, particularly in light of the four witnesses for the defense who will be able to testify to the subject matter for which the emails were purportedly to be offered (i.e. an alternative theory for the Defendants' treatment of Plaintiffs). Therefore, under Federal Rule of Evidence 403, the emails shall be excluded. The Court GRANTS Plaintiffs' motion.

**IT IS SO ORDERED.**

Dated: 1/25/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT