IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE and ANNE RASKIN,<br><br>                   Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>                   Defendants. | NO. C10-04700 TEH<br><br>ORDER REGARDING SECOND PRETRIAL CONFERENCE |

      Rulings on all pending motions *in limine* now having issued, and the matter having been set for trial on April 3, 2012, it is the determination of the Court that a further pretrial conference will aid in maximizing the efficiency of the coming proceedings.

      In light of this, the Court hereby ORDERS that a second pretrial conference be held on **March 26, 2012, at 3:00 p.m.** in Courtroom 2, 17th Floor of the U.S. District Court in San Francisco. The attendance of trial counsel for both parties shall be required.

      In preparation for this conference, the parties are further ORDERED to prepare a joint statement, detailing the anticipated testimony of each witness the parties anticipate will testify, and specifying not only the anticipated factual content of the witness's testimony, but the relevance each area of testimony will have to a specific claim or element thereof. The Court urges the parties to take care in revising the lists of anticipated witnesses submitted previously, in light of the Court's rulings on the motions *in limine*. The Court is not seeking re-submission of the same witness lists previously filed, but, rather, a new statement, which includes a carefully-considered, selective listing of witnesses expected to testify at trial, as well as a detailed, specific statement regarding their anticipated testimony and the relevance it bears to specific claims made in this case.

1     Prior to preparing the joint statement, the parties shall meet and confer to seek
2 agreement on any stipulations which may aid the Court in maximizing the efficiency of the
3 trial. In light of the copious number of witnesses previously presented to the Court, it will be
4 in the interest of all involved if any stipulations might be found which could streamline or
5 eliminate the need for a particular witness or area of testimony.

6     The statement shall be filed on or before **March 12, 2012.**

8 IT IS SO ORDERED.

10 Dated: 2/1/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2