1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  LAWRENCE HECIMOVICH, State Bar #129688
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Floor #5
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3933
6  Facsimile:     (415) 554-4248
   E-Mail:        lawrence.hecimovich@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   JANICE MADSEN, KIM DOUGHERTY,
9  AUDREY HILLMAN and HEATHER GRIVES

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | JANE DOE and ANNE RASKIN,            | Case No. C 10-04700 TEH
13 |     Plaintiffs,                      | **ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH
14 |     vs.                              | SECURITY; [PROPOSED] ORDER**
15 | CITY AND COUNTY OF SAN
   | FRANCISCO; JANICE MADSEN, an         | Trial Date:   April 3, 2012
16 | individual; KIM DOUGHERTY, an        | Judge:        Hon. Thelton E. Henderson
   | individual; AUDREY HILLMAN, an
17 | individual; HEATHER GRIVES, an
   | individual; and DOES 1-10,.
18 |
   |     Defendant(s).
19

28 **REQUEST & [PROPOSED] ORDER ALLOWING        1           n:\labor\li2010\110646\00759968.doc
   EQUIPMENT THROUGH SECURITY**
   *Raskin, Anne* v. CCSF, USDC # C 10-04700 TEH

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City and County of San Francisco, et al., seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;
2. Projector (with stand);
3. Oversized Projector Screen;
4. Extension cords; and
5. Additional monitors

Dated: March 9, 2012

>
> DENNIS J. HERRERA
> City Attorney
> ELIZABETH SALVESON
> Chief Labor Attorney
> LAWRENCE HECIMOVICH
> Deputy City Attorney
>
> By: /s/Lawrence Hecimovich
> LAWRENCE HECIMOVICH
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO

1 **[PROPOSED] ORDER**

2 GOOD CAUSE APPEARING, the administrative motion is GRANTED. The court orders the

3 United States Marshals Service to allow the following equipment through security:

4     1.    Laptop computers;

5     2.    Projector (with stand);

6     3.    Oversized Projector Screen;

7     4.    Extension cords; and

8     5.    Additional monitors

9 IT IS SO ORDERED.

10

11 Dated: 03/14/2012



HONORABLE THELTON E. HENDERSON
United States

**REQUEST & [PROPOSED] ORDER ALLOWING EQUIPMENT THROUGH SECURITY**
*Raskin, Anne* v. CCSF, USDC # C 10-04700 TEH

3

n:\labor\li2010\110646\00759968.doc