IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE and ANNE RASKIN,

              Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

              Defendants.

NO. C10-04700 TEH

ORDER REGARDING OBJECTIONS TO WITNESSES

In light of concerns raised by the parties regarding the testimony of particular witnesses and compliance with this Court's rulings on the parties' motions *in limine*, the Court hereby issues the following ORDER:

Should a party believe that the testimony of a witness will violate any order of this Court, or should the party believe the testimony of the witness to be otherwise objectionable, that party shall, on the morning of the day the witness is scheduled to testify, alert the Court to their expected objection, and the basis therefor, and the Court may afford the party an opportunity to voir dire the witness outside the presence of the jury.

**IT IS SO ORDERED.**

Dated: 3/27/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT