IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE and ANNE RASKIN,

                Plaintiffs,

        v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

                Defendants.

NO. C10-04700 TEH

ORDER REGARDING TRIAL
SCHEDULE

At the pretrial conference held on March 26, 2012, the Court announced an anticipated trial schedule of 9:00 a.m. to 1:30 p.m. each day.  In light of the Court's unavailability for trial on Thursday, April 12 and Friday, April 13, the Court now revises the trial schedule as follows:

*1. Daily Schedule*

On Tuesday, April 3, trial will be held from 9:00 a.m. until 5:00 p.m., with two fifteen-minute breaks and one hour for lunch.

On Wednesday, April 4, trial will be held from 9:00 a.m. until 1:30 p.m., with two fifteen-minute breaks, as previously indicated.

On Thursday, April 5, trial will be held from 9:00 a.m. until 5:00 p.m., with two fifteen-minute breaks and one hour for lunch.

On Friday, April 6, trial will be held from 9:00 a.m. until 1:30 p.m., with two fifteen-minute breaks, as previously indicated.

Trial *will* be held on Monday, April 9, though the Court had previously planned to hold trial only on Tuesdays through Fridays.  On that day, trial will be held from 9:00 a.m. until 5:00 p.m., with two fifteen-minute breaks and one hour for lunch.

On Tuesday, April 10, trial will be held from 9:00 a.m. until 5:00 p.m., with two fifteen-minute breaks and one hour for lunch.

On Wednesday, April 11, trial will be held from 9:00 a.m. until 5:00 p.m., with two fifteen-minute breaks and one hour for lunch.

*2. Time Limits*

As previously indicated, the Court will be imposing time limits on counsel.  The time limits shall be as follows:

Both parties shall have 30 minutes apiece for their opening arguments.

Both parties shall have 45 minutes apiece for their closing arguments.

Plaintiffs shall have a total of 14 hours in which to present their witnesses. This means that Plaintiffs' direct examination and any re-direct examination of the 19 lay witnesses and 5 experts listed in Plaintiffs' second pretrial statement shall not exceed 14 hours in total. Plaintiffs' time shall not include the time used by Defendants for cross examination.

Defendants shall have a total of 6 hours in which to present the 10 witnesses listed in their second pretrial conference statement. As above, only Defendants' direct examination and any re-direct examination will be bound by this limitation, and the time used by Plaintiffs to cross-examine these witnesses will not be included in Defendants' allotted time.

*3. Limitations On Testimony*

In setting these limits, the Court observes that numerous witnesses listed by the parties in their second pretrial conference statement are anticipated to testify as to the same points of fact. The Court reminds counsel that the Court will be strictly limiting any testimony which repeats facts already established, or which is cumulative of other evidence offered in the case. Counsel are reminded of the Court's discretion to limit testimony under Federal Rule of Evidence 402, and should plan their examinations with this in mind.

United States District Court

For the Northern District of California

*4. Preparation For First Day Of Trial*

In light of the extended hours scheduled on Tuesday, April 3, 2012, it is likely that voir dire will be completed, and both opening arguments presented, well before the first day of trial draws to a close.  Therefore, Plaintiffs should be prepared to present their first witnesses on that day, and should plan accordingly.

**IT IS SO ORDERED.**

Dated: 3/29/12

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California

3