IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE and ANNE RASKIN,

                Plaintiffs,

       v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

                Defendants.

NO. C10-04700 TEH

<u>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED</u>

       On March 29, 2012, this Court issued an order setting the trial schedule, in the course of which the Court made clear not only the Court's intent to maximize the efficiency of this trial through the use of time limits, but also the expectation that significant progress would be made on the first day of trial, and that, accordingly, counsel should be prepared to proceed with their first witnesses on Tuesday, April 3, 2012.

       In spite of the Court's best efforts, counsel remains unable to assist the Court in pursuing the goal of efficiency. Though the trial was scheduled to proceed from 9:00 a.m. until 5:00 p.m., counsel announced, at 4:20 p.m., after an unscheduled recess, that the Plaintiffs were unable to proceed further (having examined two of an anticipated 24 witnesses) because the deposition of the next witness had been the victim of an assistant's oversight, left behind in a box in counsel's office.

       In the wake of a plethora of oversights, errors, inefficiencies, corrected filings, and miscommunications by counsel for both sides in this case, after the Court has extended the hours normally scheduled for trial to more than double the amount of time available for this case and made plain the need to streamline these proceedings so that both parties will have sufficient time to present their case, counsel's failure to fill the time allotted today is utterly

1 unacceptable. In light of this, the Court hereby ORDERS counsel for the Plaintiffs to SHOW
2 CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED.
3     Any written response to this order shall be filed on or before **Monday, April 9, 2012.**
4 A hearing on this matter will be scheduled, upon a date and time to be determined.

6 **IT IS SO ORDERED.**

8 Dated: 4/4/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT