IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE and ANNE RASKIN,

          Plaintiffs,

      v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

          Defendants.

NO. C10-4700 TEH

ORDER FOR FURTHER BRIEFING

    Noting that there remains a pending motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(a), made orally by Defendants at the close of Plaintiff's evidence, and renewed at the close of trial, the Court hereby ORDERS the Plaintiffs to file further briefing in response to Defendants' motion. Plaintiffs shall file their response on or before **Monday, May 7, 2012**, and any reply from Defendants shall be filed on or before **Monday, May 14, 2012.** The matter will be deemed submitted unless the Court requests oral argument.

**IT IS SO ORDERED.**

Dated: 4/23/12

                                THELTON E. HENDERSON, JUDGE
                                UNITED STATES DISTRICT COURT