```
MARY SHEA HAGEBOLS, State Bar #113222
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Telephone:    (510) 208-4422
Facsimile:    (415) 520-9407
E-Mail:       shealaw@aol.com

Markus Willoughby (SBN197478)
WILLOUGHBY & DOYLE. LLP
1814 Franklin Street. Suite 800
Oakland. Oakland 94612
Tel: 510-451-2777
Fax: 510-842-1496
Email: markus@willoughbydoyle.com

Attorneys for Plaintiffs
Maura Moylan (suing as "Jane Doe")
and Anne Raskin


DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:    (415) 554-3933
Facsimile:    (415) 554-4248
E-Mail:       lawrence.hecimovich@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE and ANNE RASKIN,<br><br>    Plaintiffs,<br><br>    vs. | Case No. C 10-04700 TEH<br><br>**STIPULATION AND ORDER**<br><br>**REGARDING CONTINUANCEOF** |

**STIPULATION AND ORDER REGARDING CONTINUANCE OF HEARING ON**

**MOTION FOR NEW TRIAL AND RELATED DATES**

Case No. C 10-04700 THE

- 1 -

| | |
|---|---|
| 1  CITY AND COUNTY OF SAN FRANCISCO; et al .<br>2<br>3       Defendants. | HEARING ON MOTION FOR NEW TRIAL AND RELATED DATES<br><br>Action File:  October 14, 2010<br>Trial Date:    April 3, 2012 |

     Whereas Plaintiff's counsel Mary Shea Hagebols is preparing for trial and will be starting a two (2) week trial on June 18, 2012 in K*analakis v Premier Salon, Inc,* San Francisco Superior Court Case No.: CGC 10-500359 and another trial from July 23, 2012 to August 2, 2012 in *Haley v Cohen & Steers Capital Management, Inc*, United States District Court Northern District of California  (Oakland ) Civil Action No. C10-03856-PJH .

     Whereas the parties are in the midst of settlement discussions and have mutually agreed to pursue private mediation

     It is hereby stipulated by and between the plaintiffs Jane Doe and Ann Raskin through their attorneys Shea Law Offices by Mary Shea Hagebols and Willoughby Doyle LLP, by Markus B. Willoughby and the Defendants City and County of San Francisco, Janice Madsen, Kym Dougherty and Heather Grives by and through their counsel the City Attorney's Office of City of San Francisco by Deputy City Attorney Lawrence Hecimovich as follows:

     The Hearing on the Motion for New Trial shall be continued to **Monday July 16, 2012 at 10:00AM.**

     Plaintiff Opposition to the Motion for New Trial shall be on or before **Monday June 25, 2012**.

     Defendants' Reply shall be due on or before **Monday July 2, 2012**.

**STIPULATION AND ORDER REGARDING CONTINUANCE OF HEARING ON MOTION FOR NEW TRIAL AND RELATED DATES**

Case No. C 10-04700 THE

- 2 -

**IT IS SO STIPULATED:**

Dated: Friday, May 25, 2012      CITY ATTORNEY'S OFFICE

CITY AND COUNTY OF SAN FRANCISCO


By: _____/s/_____

LAWRENCE HECIMOVICH

Deputy City Attorney

Attorneys for Defendants

Dated: Friday, May 25, 2012      SHEA LAW OFFICES


By: _____/s/_____


Dated: Friday, May 25, 2012      WILLOUGHBY & DOYLE. LLP


By: _____/s/_____

Attorneys for Plaintiffs
Maura Moylan (suing as "Jane Doe")
and Anne Raskin

**ORDER**

The foregoing stipulation shall be the order of court.

Dated: 05/29/2012           _____

Judge Thelton E. Henderson, United States District Court

**STIPULATION AND ORDER REGARDING CONTINUANCE OF HEARING ON MOTION FOR NEW TRIAL AND RELATED DATES**

Case No. C 10-04700 THE

- 3 -