IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE and ANNE RASKIN,

               Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

               Defendants.

NO. C10-04700 TEH

ORDER VACATING HEARING IN LIGHT OF SETTLEMENT

The Court is in receipt of the parties' notice of settlement, which states that this case has been settled, contingent upon the approval of the San Francisco Board of Supervisors. As such, the presently pending motion–Defendants' motion for new trial, filed May 14, 2012, to which Plaintiffs have yet to respond–is VACATED, and the case is put over for further case management conference, to be held on **Monday, January 14, 2013**, at 1:30 p.m. in Courtroom 12 of the U.S. District Court in San Francisco. Should the parties fail to finalize their settlement by that date, Defendants may re-file their motion for new trial within fourteen days of the January case management conference.

**IT IS SO ORDERED.**

Dated: 7/3/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT