Mary Shea Hagebols (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel:  (510) 208-4422
Fax:  (415) 520-9407
E-Mail:  mary@shealaw.com

Markus B. Willoughby, Esq. (SBN 197478)
WILLOUGHBY DOYLE LLP
1814 Franklin Street, Suite 800
Oakland, CA  94612
Tel:  (510) 451-2777
Fax: (510) 842-1496
E-Mail:  markus@willoughbydoyle.com

DENNIS J. HERRERA, STATE BAR #139669
City Attorney
ELIZABETH SALVESON, STATE BAR #83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, STATE BAR #129688
Deputy City Attorney
Office of the City Attorney
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Tel:     (415) 554-3933
Fax:    (415) 554-4248

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE and ANNE RASKIN, | Case No. C 10-04700 TEH |
| Plaintiffs, | **STIPULATION AND ORDER RE DISMISSAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; JANICE MADSEN, an individual; KIM DOUGHERTY, an individual; AUDREY HILLMAN an individual; HEATHER GRIVES, an individual; and DOES 1-10, | |
| Defendants. | |

1

## **STIPULATION**

All parties to the underlying action hereby stipulate and hereby move the Court for an order dismissing the above-captioned matter with prejudice as all terms of the settlement agreement have been met.

Respectfully submitted,

Dated:  November 6, 2012  SHEA LAW OFFICES


By:   /s/ Mary Shea Hagebols
     MARY SHEA HAGEBOLS


Dated:  November 6, 2012  WILLOUGHBY DOYLE, LLP


By:   /s/ Markus Willoughby
     MARKUS WILLOUGHBY

Attorneys for Plaintiffs MAURA MOYLAN and ANNE RASKIN

Dated: November 6, 2012  DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LAWRENCE HECIMOVICH
Deputy City Attorneys


By:   /s/  Lawrence Hecimovich
     LAWRENCE HECIMOVICH

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO; JANICE MADSEN, an individual; KIM DOUGHERTY, an individual; HEATHER GRIVES, an individual

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, THIS MATTER IS HEREBY DISMISSED WITH PREJUDICE.**

DATED: 11/07/2012



THE HONORABLE
United States District Judge Thelton E. Henderson